JUDGE BATTS

FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2008 MAY 23 A 11: 51

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 1:01CR386 |
| | ) | |
| CARLOS PAREDES | ) | |

08 CRIM 503

Consent to Transfer of Case
for Plea and Sentence
(*Under Rule 20*)

I, Carlos Paredes, defendant, have been informed that an indictment is pending against me in the above-designated cause. I wish to plead guilty to the offense charged and to consent to the disposition of the case in the Southern District of New York, where I am presently being held. I further waive trial in the Eastern District of Virginia.

Dated: May 13, 2008.

_____
Carlos Paredes
Defendant

_____
Peter E. Quijano, Esq.
Counsel for Carlos Paredes

SDNY
ECF
ELECTRONICALLY FILED
JUN 0 4 2008

Approved:

_____
Raymond Patricco
Assistant U.S. Attorney
Chief, Narcotics Section
Eastern District of Virginia

Michael J. Garcia /DB
Michael J. Garcia
United States Attorney for the
Southern District of New York

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK