

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

OCT -8 2001

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 01-386-A |
| v. | ) |
| | ) Count 1 |
| CARLOS PAREDES, | ) Conspiracy to Possess and |
|     a/k/a El Negro, | ) Distribute Cocaine |
|     a/k/a Carlos El Negro | ) (21 U.S.C. § 846) |
| PABLO ENRIQUE ARIAS JIMENEZ, | ) |
|     a/k/a Paulin, | ) Forfeiture of Drug-Related |
| DUVERNEY GOLDSWORTHY, | ) Assets |
|     a/k/a El Sordo, | ) (21 U.S.C. § 853) |
|     a/k/a Duver, | ) |
|     a/k/a Luis Rengifo, | ) |
|     a/k/a Luis Gonzalez, | ) |
| JESUS SARASTY MINA, | ) |
|     a/k/a Chucho, | ) |
|     a/k/a Chuchin, | ) |
|     a/k/a Chu | ) |
| ARNALDO QUINTERO, | ) |
|     a/k/a Iguaran, | ) |
|     a/k/a El Enano | ) |
| HUGO FIGUEROA, | ) |
|     a/k/a El Mayor, | ) |
|     a/k/a Hugacho, | ) |
|     a/k/a Nica, | ) |
|     a/k/a Nico, | ) |
| VICTOR GARCIA, | ) |
|     a/k/a Victorino, | ) |
|     a/k/a Vito, | ) |
|     a/k/a El Menor, | ) |
|         Defendants. | ) |
| | ) |

08 CRIM 503

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUN 0 4 2008

OCTOBER, 2001 TERM - At Alexandria

INDICTMENT

THE GRAND JURY CHARGES THAT:

Beginning in or about October, 1996, and continuing thereafter

up to on or about March 28, 2001, within the Eastern District of

Virginia and elsewhere, CARLOS PAREDES, also known as El Negro and Carlos El Negro, PABLO ENRIQUE ARIAS JIMENEZ, also known as Paulin, DUVERNEY GOLDSWORTHY, also known as El Sordo, Duver, Luis Rengifo, and Luis Gonzalez, JESUS SARASTY MINA, also known as Chucho, Chuchin, and Chu, ARNALDO QUINTERO, also known as Iguaran and El Enano, HUGO FIGUEROA, also known as El Mayor, Hugacho, Nica, and Nico, VICTOR GARCIA, also known as Victorino, Vito, and El Menor, the defendants herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with each other and with un-indicted co-conspirators Alejandro Jimenez, Javier Avila-Gonzalez and Jorge Alejandro Gallo and with other persons known and unknown to the grand jury to commit the following offenses against the United States:

1.    To knowingly, intentionally, and unlawfully possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and

2.    To knowingly, intentionally, and unlawfully distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY</u>

The primary purpose of the conspiracy was to make as much money as possible through the distribution of cocaine in the Eastern District of Virginia and elsewhere. The ways, manner and means by which this purpose was carried out included the following:

1.   It was part of the conspiracy that the defendants and their co-conspirators played different roles, took upon themselves different tasks and participated in the affairs of the conspiracy through various criminal acts.

2.   It was further part of the conspiracy that the defendants and their co-conspirators made themselves and their services available at various times throughout the conspiracy and participated in selective drug distribution ventures on an "as needed" basis.

3.   It was further part of the conspiracy that the defendants and their co-conspirators and cooperatives traveled in interstate commerce in order to facilitate the possession with intent to distribute controlled substances and the distribution of controlled substances.

4.   It was further part of the conspiracy that the defendants and their co-conspirators distributed, and caused to be distributed, various quantities of cocaine in the Eastern District of Virginia and elsewhere.

5.    It was further part of the conspiracy that the defendants and their co-conspirators derived money and other benefits from their unlawful activities.

6.    It was further part of the conspiracy that the defendants and their co-conspirators utilized telephone communications and telephone paging devices to facilitate their drug trafficking activities.

7.    It was further part of the conspiracy that the defendants and their co-conspirators used various methods to conceal the conspiracy and their unlawful drug distribution activities in order to insure the continuing existence and success of the conspiracy.

8.    It was further part of the conspiracy that the defendants would commit and aid and abet in the commission of criminal offenses involving the knowing and intentional distribution and possession with the intent to distribute of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>OVERT ACTS</u>

In furtherance of the said conspiracy and to effect the objects thereof, the defendants and their co-conspirators committed overt acts in the Eastern District of Virginia and elsewhere, including, but not limited to, the following:

1.    In or about the Summer of 1998, PABLO ENRIQUE ARIAS JIMENEZ and JESUS SARASTY MINA agreed to conduct drug transactions in the future.

2.    In or about December, 1998, PABLO ENRIQUE ARIAS JIMENEZ arranged to obtain from JESUS SARASTY MINA approximately twenty kilograms of cocaine for further distribution.

3.    In or about December, 1998, PABLO ENRIQUE ARIAS JIMENEZ arranged to distribute to HUGO FIGUEROA approximately twenty kilograms of cocaine supplied by JESUS SARASTY MINA.

4.    In or about December, 1998, in Flushing, New York, JESUS SARASTY MINA distributed on consignment approximately twenty kilograms of cocaine to PABLO ENRIQUE ARIAS JIMENEZ and Alejandro Jimenez.

5.    In or about December, 1998, Alejandro Jimenez, at the direction of PABLO ENRIQUE ARIAS JIMENEZ, transported approximately twenty kilograms of cocaine from New York to Camden, New Jersey.

6.    In or about December, 1998, in Camden, New Jersey, PABLO ENRIQUE ARIAS JIMENEZ and Alejandro Jimenez distributed approximately twenty kilograms of cocaine to HUGO FIGUEROA.

7.    In or about December, 1998, HUGO FIGUEROA periodically provided money to Alejandro Jimenez as payment for the approximately twenty kilograms of cocaine previously distributed by PABLO ENRIQUE ARIAS JIMENEZ and Alejandro Jimenez.

8.   In or about December, 1998, Alejandro Jimenez provided to PABLO ENRIQUE ARIAS JIMENEZ drug proceeds he obtained from HUGO FIGUEROA.

9.   In or about December, 1998, PABLO ENRIQUE ARIAS JIMENEZ paid JESUS SARASTY MINA for cocaine previously supplied by SARASTY-MINA with drug proceeds collected from HUGO FIGUEROA.

10.   In or about February, 1999, JESUS SARASTY MINA arranged to distribute on consignment approximately twenty-five kilograms of cocaine to PABLO ENRIQUE ARIAS JIMENEZ.

11.   In or about February, 1999, PABLO ENRIQUE ARIAS JIMENEZ arranged for Alejandro Jimenez to meet JESUS SARASTY MINA for the purpose of obtaining the approximately twenty-five kilograms of cocaine that SARASTY-MINA had agreed to distribute to PABLO ENRIQUE ARIAS JIMENEZ.

12.   In or about February, 1999, in Flushing, New York, JESUS SARASTY MINA distributed approximately twenty-five kilograms of cocaine to Alejandro Jimenez.

13.   In or about February, 1999, Alejandro Jimenez, at the direction of PABLO ENRIQUE ARIAS JIMENEZ, transported approximately twenty-five kilograms of cocaine from New York to Camden, New Jersey.

14.   In or about February, 1999, in Camden, New Jersey, at the direction of PABLO ENRIQUE ARIAS JIMENEZ, Alejandro Jimenez

distributed approximately twenty-five kilograms of cocaine to HUGO FIGUEROA.

15.  In or about February, 1999, at the direction of PABLO ENRIQUE ARIAS JIMENEZ, Alejandro Jimenez periodically traveled from New York to Camden, New Jersey, for the purpose of collecting from HUGO FIGUEROA payment for the approximately twenty-five kilograms of cocaine previously distributed by PABLO ENRIQUE ARIAS JIMENEZ and Alejandro Jimenez.

16.  In or about February, 1999, HUGO FIGUEROA periodically provided money to Alejandro Jimenez as payment for the approximately twenty kilograms of cocaine previously distributed by PABLO ENRIQUE ARIAS JIMENEZ and Alejandro Jimenez.

17.  In or about February, 1999, Alejandro Jimenez provided to PABLO ENRIQUE ARIAS JIMENEZ drug proceeds he obtained from HUGO FIGUEROA.

18.  In or about February, 1999, PABLO ENRIQUE ARIAS JIMENEZ paid JESUS SARASTY MINA for cocaine previously supplied by SARASTY-MINA with drug proceeds collected from HUGO FIGUEROA.

19.  In or about March, 1999, PABLO ENRIQUE ARIAS JIMENEZ arranged to obtain from an un-indicted co-conspirator approximately seven kilograms of cocaine for further distribution to HUGO FIGUEROA.

20.  In or about March, 1999, in Elizabeth, New Jersey, PABLO ENRIQUE ARIAS JIMENEZ distributed to Alejandro Jimenez

approximately seven kilograms of cocaine that PABLO ENRIQUE ARIAS JIMENEZ had obtained from another un-indicted co-conspirator, said cocaine being for further distribution to HUGO FIGUEROA.

21. In or about March, 1999, Alejandro Jimenez transported from Elizabeth, New Jersey, to Camden, New Jersey, approximately seven kilograms of cocaine that he had obtained from PABLO ENRIQUE ARIAS JIMENEZ.

22. In or about March, 1999, in Camden, New Jersey, HUGO FIGUEROA obtained from Alejandro Jimenez approximately seven kilograms of cocaine.

23. In or around the Summer of 1999, at the direction of PABLO ENRIQUE ARIAS JIMENEZ, Alejandro Jimenez collected from HUGO FIGUEROA and VICTOR GARCIA money that they owed PABLO ENRIQUE ARIAS JIMENEZ for cocaine previously supplied to them.

24. In or about July, 1999, PABLO ENRIQUE ARIAS JIMENEZ contacted Alejandro Jimenez and asked him to obtain twenty-five kilograms of cocaine from JESUS SARASTY MINA for distribution to HUGO FIGUEROA.

25. In or about July, 1999, JESUS SARASTY MINA distributed to Alejandro Jimenez approximately fifty kilograms of cocaine on consignment, said cocaine being for further distribution by Alejandro Jimenez.

26. In or about July, 1999, in Camden, New Jersey, HUGO FIGUEROA obtained from Alejandro Jimenez approximately forty

kilograms of cocaine on consignment, said cocaine having been supplied by JESUS SARASTY MINA.

27. In or about July, 1999, in Camden, New Jersey, VICTOR GARCIA obtained from Alejandro Jimenez approximately ten kilograms of cocaine on consignment, said cocaine having been supplied by JESUS SARASTY MINA.

28. In or about the Summer of 1999, Alejandro Jimenez periodically traveled to Camden, New Jersey, for the purpose of collecting from HUGO FIGUEROA and VICTOR GARCIA payment for the cocaine that Alejandro Jimenez had previously distributed to FIGUEROA and GARCIA.

29. In or about the Summer of 1999, HUGO FIGUEROA periodically provided money to Alejandro Jimenez as payment for the approximately forty kilograms of cocaine that Alejandro Jimenez had previously distributed to FIGUEROA.

30. In or about the Summer of 1999, VICTOR GARCIA periodically provided money to Alejandro Jimenez as payment for the cocaine that Alejandro Jimenez had previously distributed to GARCIA.

31. In or about December, 1999, at his residence located in Queens, New York, ARNALDO QUINTERO distributed approximately one kilogram of cocaine to Jorge Alejandro Gallo.

32.    In or about December, 1999, at his residence located in Queens, New York, ARNALDO QUINTERO possessed with intent to distribute approximately four kilograms of cocaine.

33.    In or about February, 2000, in Queens, New York, JESUS SARASTY MINA distributed to Alejandro Jimenez approximately nine kilograms of cocaine on consignment, said cocaine being for further distribution by Alejandro Jimenez.

34.    In or about February, 2000, in Camden, New Jersey, HUGO FIGUEROA obtained from Alejandro Jimenez approximately ten kilograms of cocaine on consignment, said cocaine having been supplied by JESUS SARASTY MINA.

35.    In or about February, 2000, Alejandro Jimenez traveled to Camden, New Jersey, for the purpose of collecting from HUGO FIGUEROA payment for the approximately nine kilograms of cocaine that Alejandro Jimenez had previously distributed to FIGUEROA.

36.    In or about February, 2000, HUGO FIGUEROA provided money to Alejandro Jimenez as payment for the approximately nine kilograms of cocaine that Alejandro Jimenez had previously distributed to FIGUEROA.

37.    In or about March, 2000, at his residence located in Queens, New York, ARNALDO QUINTERO distributed approximately three kilograms of cocaine to Jorge Alejandro Gallo.

38.    On or about March 9, 2000, in Queens, New York, Jorge Alejandro Gallo distributed to an un-indicted co-conspirator the

approximately three kilograms of cocaine that ARNALDO QUINTERO had distributed to Gallo.

39.  On or about April 27, 2000, in Jackson Heights, New York, ARNALDO QUINTERO possessed drug proceeds in the amount of $52,836 in United States currency.

40.  In or about the Summer of 2000, ARNALDO QUINTERO arranged to distribute to Alejandro Jimenez multiple kilograms of cocaine on consignment.

41.  In or about the Summer of 2000, ARNALDO QUINTERO distributed to Javier Avila Gonzalez multiple kilograms of cocaine that he had agreed to distribute to Alejandro Jimenez on consignment.

42.  In or about the Summer of 2000, in Camden, New Jersey, VICTOR GARCIA obtained from Javier Avila-Gonzalez multiple kilograms of cocaine on consignment, said cocaine having been supplied by ARNALDO QUINTERO.

43.  In or about the Summer of 2000, DUVERNEY GOLDSWORTHY arranged to distribute to Alejandro Jimenez approximately twenty-five kilograms of cocaine on consignment.

44.  In or about the Summer of 2000, DUVERNEY GOLDSWORTHY made arrangements with Javier Avila Gonzalez for the delivery of cocaine that GOLDSWORTHY had agreed to distribute to Alejandro Jimenez on consignment.

45.   In or about the Summer of 2000, in Camden, New Jersey, HUGO FIGUEROA obtained from Javier Avila Gonzalez multiple kilograms of cocaine on consignment, said cocaine having been supplied by DUVERNEY GOLDSWORTHY.

46.   In or about the Summer of 2000, HUGO FIGUEROA provided money to Javier Avila Gonzalez as payment for the multiple kilograms of cocaine that Javier Avila Gonzalez had previously distributed to FIGUEROA.

47.   In or about September, 2000, DUVERNEY GOLDSWORTHY arranged to distribute to Alejandro Jimenez approximately twenty-five kilograms of cocaine on consignment.

48.   In or about November, 2000, DUVERNEY GOLDSWORTHY arranged to distribute to Alejandro Jimenez approximately twenty-five kilograms of cocaine on consignment.

49.   In or about November, 2000, HUGO FIGUEROA arranged to obtain from Alejandro Jimenez multiple kilograms of cocaine on consignment.

50.   In or about the November, 2000, DUVERNEY GOLDSWORTHY made arrangements with Javier Avila Gonzalez for the delivery of cocaine that GOLDSWORTHY had agreed to distribute to Alejandro Jimenez on consignment.

51.   In or about November, 2000, at the direction of DUVERNEY GOLDSWORTHY, an un-indicted co-conspirator distributed to Javier Avila Gonzalez multiple kilograms of cocaine.

52.  In or about November, 2000, in Camden, New Jersey, HUGO FIGUEROA obtained from Javier Avila Gonzalez multiple kilograms of cocaine on consignment, said cocaine having been supplied by DUVERNEY GOLDSWORTHY.

53.  In or about November, 2000, HUGO FIGUEROA provided money to Javier Avila Gonzalez as partial payment for the multiple kilograms of cocaine that Javier Avila Gonzalez had previously distributed to FIGUEROA.

54.  In or about December, 2000, HUGO FIGUEROA provided money to Javier Avila Gonzalez as partial payment for the multiple kilograms of cocaine that Javier Avila Gonzalez had previously distributed to FIGUEROA.

55.  In or about January, 2001, HUGO FIGUEROA provided money to Javier Avila Gonzalez as partial payment for the multiple kilograms of cocaine that Javier Avila Gonzalez had previously distributed to FIGUEROA.

56.  On or about January 24, 2001, VICTOR GARCIA and Alejandro Jimenez discussed the price per kilogram of cocaine that Jimenez was willing to distribute to GARCIA.

57.  On or about January 25, 2001, PABLO ENRIQUE ARIAS JIMENEZ discussed with Alejandro Jimenez obtaining kilogram quantities of heroin in Colombia for further distribution to HUGO FIGUEROA.

58.  On or about January 26, 2001, PABLO ENRIQUE ARIAS JIMENEZ and HUGO FIGUEROA discussed PABLO ENRIQUE ARIAS JIMENEZ supplying FIGUEROA heroin.

59.  On or about January 28, 2001, HUGO FIGUEROA arranged to pay $7,000 to un-indicted co-conspirators Alejandro Jimenez and Javier Avila-Gonzalez for previously supplied cocaine.

60.  On or about January 28, 2001, in Camden, New Jersey, HUGO FIGUEROA provided Javier Avila-Gonzalez $7,000 in drug proceeds as payment for cocaine previously distributed by un-indicted co-conspirators Alejandro Jimenez and Javier Avila-Gonzalez.

61.  In or about March, 2001, PABLO ENRIQUE ARIAS JIMENEZ contacted Alejandro Jimenez and advised that JESUS SARASTY MINA had cocaine available for distribution.

62.  On or about March 19, 2001, JESUS SARASTY MINA offered to distribute cocaine to Alejandro Jimenez for $23,500 per kilogram.

63.  On or about March 19, 2001, un-indicted co-conspirators Alejandro Jimenez and Javier Avila Gonzalez discussed the price per kilogram of cocaine that Jimenez was willing to pay JESUS SARASTY MINA.

64.  In or about March, 2001, JESUS SARASTY MINA negotiated a twenty kilogram cocaine transaction with Alejandro Jimenez.

65.  In or about March, 2001, Alejandro Jimenez arranged for Javier Avila-Gonzalez to obtain twenty kilograms of cocaine from

JESUS SARASTY MINA, said cocaine being for further distribution to HUGO FIGUEROA.

66. In or about March, 2001, in Flushing, New York, JESUS SARASTY MINA distributed approximately twenty kilograms of cocaine to Javier Avila Gonzalez.

67. In or about March, 2001, in Camden, New Jersey, HUGO FIGUEROA obtained from Javier Avila Gonzalez approximately twenty kilograms of cocaine supplied by JESUS SARASTY MINA.

68. In or about late March, 2001, in Miami, Florida, DUVERNEY GOLDSWORTHY arranged to distribute multiple kilograms of cocaine to un-indicted co-conspirators Alejandro Jimenez and Javier Avila-Gonzalez.

69. In or about late March, 2001, DUVERNEY GOLDSWORTHY arranged to obtain multiple kilograms of cocaine from CARLOS PAREDES, said cocaine being for further distribution to un-indicted co-conspirators Alejandro Jimenez and Javier Avila-Gonzalez.

70. On or about March 28, 2001, DUVERNEY GOLDSWORTHY discussed with Alejandro Jimenez the reasons why multiple kilograms of cocaine had not been distributed to Javier Avila Gonzalez on or about March 27, 2001.

71. On or about March 28, 2001, in Queens, New York, at the direction of CARLOS PAREDES and DUVERNEY GOLDSWORTHY, unknown un-indicted co-conspirators loaded a van with approximately 76 kilograms of cocaine, said cocaine being for distribution to un-

indicted co-conspirators Alejandro Jimenez and Javier Avila-Gonzalez.

72.   On or about March 28, 2001, Alejandro Jimenez arranged for Javier Avila Gonzalez to distribute kilogram quantities of cocaine to HUGO FIGUEROA and VICTOR GARCIA.

73.   On or about March 28, 2001, Alejandro Jimenez directed Javier Avila Gonzalez to inspect the cocaine supplied by DUVERNEY GOLDSWORTHY and CARLOS PARADES at a residence in Staten Island, New York, to deliver some of the cocaine to HUGO FIGUEROA and VICTOR GARCIA in Camden, New Jersey, and then to deliver another quantity of cocaine to Jimenez in the Eastern District of Virginia.

74.   On or about March 28, 2001, in Staten Island, New York, un-indicted co-conspirators Javier Avila-Gonzalez and Fabio Ospina possessed with intent to distribute approximately 76 kilograms of cocaine.

(In violation of Title 21, United States Code, Section 846)

FORFEITURE COUNT

THE GRAND JURY FURTHER CHARGES THAT:

The defendants, CARLOS PAREDES, also known as El Negro and Carlos El Negro, PABLO ENRIQUE ARIAS JIMENEZ, also known as Paulin, DUVERNEY GOLDSWORTHY, also known as El Sordo, Duver, Luis Rengifo, and Luis Gonzalez, JESUS SARASTY MINA, also known as Chucho, Chuchin, and Chu, ARNALDO QUINTERO, also known as Iguaran and El Enano, HUGO FIGUEROA, also known as El Mayor, Hugacho, Nica, and Nico, VICTOR GARCIA, also known as Victorino, Vito, and El Menor, if convicted of any of the violations charged in this indictment, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of such violations; and any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations: including, but not limited to, $8,448,000 and the single family house located at 1444 Alpine Lane, Williamstown, New Jersey, which represent proceeds the defendants obtained, directly

or indirectly, as a result of the conspiracy of which they have been charged.

(Pursuant to Title 21, United States Code, Section 853)


A TRUE BILL:

FOREPERSON OF THE GRAND JURY


Paul J. McNulty
United States Attorney

by Justin W. Williams
Assistant United States Attorney
Chief, Criminal Division

Rebeca Hidalgo Bellows
Assistant United States Attorney


A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

- 18 -

FORM OBD-34
APR 91

No.

# UNITED STATES DISTRICT COURT

*Eastern District of Virginia*

*Alexandria Division*

THE UNITED STATES OF AMERICA

vs.

**CARLOS PAREDES**, a/k/a El Negro, a/k/a Carlos El Negro
**PABLO ENRIQUE ARIAS JIMENEZ**, a/k/a Paulin
**DUVERNEY GOLDSWORTHY**, a/k/a El Sordo, a/k/a Duver,
a/k/a Luis Rengifo, a/k/a Luis Gonzalez
**JESUS SARASTY MINA**, a/k/a Chucho, a/k/a Chuchin, a/k/a Chu
**ARNALDO QUINTERO**, a/k/a Iguaran, a/k/a El Enano
**HUGO FIGUEROA**, a/k/a El Mayor, a/k/a Hugacho,
a/k/a Nica, a/k/a Nico
**VICTOR GARCIA**, a/k/a Victorino, a/k/a Vito, a/k/a El Menor

## INDICTMENT

Count 1: Conspiracy to Possess and Distribute Cocaine
(Violation of Title 21 United States Code, Section 846)

*A true bill.*

_____
*Foreperson*

*Filed in open court this*

_____ *day, of* _____ *A.D. 20___.*

_____
*Clerk*

*Bail, $*

# U.S. District Court
## Eastern District of Virginia (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:01-cr-00386-GBL All Defendants

Case title: USA v. Paredes, et al                    Date Filed: 10/03/2001

Assigned to: District Judge Claude M.
Hilton

### Defendant (1)

**Carlos Paredes**
*TERMINATED: 05/23/2008*
*also known as*
El Negro
*TERMINATED: 05/23/2008*
*also known as*
Carlos El Negro
*TERMINATED: 05/23/2008*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Opening)

None

| **Terminated Counts** | **Disposition** |
|---|---|
| (21:846=CD.F)21 USC 846 CONSPIRACY To Possess and Distribute Cocaine (Ct.1:10/96-3/28/01) Forfeiture of Drug Related Assets (21 USC 853) (1) | Rule 20 Transfer |

### Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: District Judge Claude M.
Hilton

**Defendant (2)**

**Pablo Enrique Arias-Jimenez**
*TERMINATED: 07/23/2004*
*also known as*
Paulin
*TERMINATED: 07/23/2004*

represented by **Ivan Darnell Davis**
Office of the Federal Public Defender
1650 King St
Suite 500
Alexandria, VA 22314
(703) 600-0800
Email: ivan_davis@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Michael Stefan Nachmanoff**
Office of the Federal Public Defender
1650 King St
Suite 500
Alexandria, VA 22314
(703) 600-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Pending Counts**

(21:846=CD.F)21 USC 846
CONSPIRACY To Possess and Distribute
Cocaine (Ct.1:10/96-3/28/01) Forfeiture of
Drug Related Assets (21 USC 853)
(1)

**Disposition**

168 mos w/ 5 yr sup. release term w/conds
and $100 s/a

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

Assigned to: District Judge Gerald Bruce
Lee

## Defendant (3)

**Duverney Goldsworthy**
*TERMINATED: 03/28/2002*
*also known as*
Luis Rengifo
*TERMINATED: 03/28/2002*
*also known as*
Luis . Gonzalez
*TERMINATED: 03/28/2002*
*also known as*
El Sordo
*TERMINATED: 03/28/2002*
*also known as*
Duver
*TERMINATED: 03/28/2002*

represented by **Matthew Alan Wartel**
Lowe Carlo & Wartel LLP
216 S Patrick St
Alexandria, VA 22314
(703) 549-3156
Fax: 703-549-0449
Email: mwartel@lawlcw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

(21:846=CD.F)21 USC 846
CONSPIRACY To Possess and Distribute
Cocaine (Ct.1:10/96-3/28/01) Forfeiture of
Drug Related Assets (21 USC 853)
(1)

## Disposition

240 m onths w/10 years SR. SA $100.
Remanded.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

Assigned to: District Judge Gerald Bruce
Lee

## Defendant (4)

**Jesus Sarasty Mina**
*TERMINATED: 03/28/2002*
*also known as*
Chucho
*TERMINATED: 03/28/2002*

represented by **Glen Allen Trimper**
2034 Eisenhower Avenue
Suite 101
Alexandria, VA 22314
703-548-2918

*also known as*
Chuchin
*TERMINATED: 03/28/2002*
*also known as*
. Chu
*TERMINATED: 03/28/2002*

 

Email: GlenTrimper@cox.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

(21:846=CD.F)21 USC 846
CONSPIRACY To Possess and Distribute
Cocaine (Ct.1:10/96-3/28/01) Forfeiture of
Drug Related Assets (21 USC 853)
(1)

### Disposition

140 months w/5 years SR. SA $100
Remanded.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

Assigned to: District Judge Gerald Bruce
Lee

### Defendant (5)

**Arnaldo Quintero**
*TERMINATED: 03/28/2002*
*also known as*
Iguaran
*TERMINATED: 03/28/2002*
*also known as*
El Enano
*TERMINATED: 03/28/2002*

represented by **Charles Warren Kramer**
Law Office of Charles W. Kramer
526 King St
Suite 213
Alexandria, VA 22314
(703) 836-5550
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Joseph N. Bowman**
2415 Taylor Ave
Alexandria, VA 22302
(703) 836-0884
*TERMINATED: 03/20/2003*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

(21:846=CD.F)21 USC 846
CONSPIRACY To Possess and Distribute
Cocaine (Ct.1:10/96-3/28/01) Forfeiture of
Drug Related Assets (21 USC 853)
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

78 months w/5 years SR, SA $100.
Remanded.

**Disposition**

**Disposition**

Assigned to: District Judge Claude M.
Hilton

**Defendant (6)**

**Hugo Figueroa**
*also known as*
El Mayor
*also known as*
Hugacho
*also known as*
Nica
*also known as*
Nico

**Pending Counts**

(21:846=CD.F)21 USC 846
CONSPIRACY To Possess and Distribute
Cocaine (Ct.1:10/96-3/28/01) Forfeiture of
Drug Related Assets (21 USC 853)
(1)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                         **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                **Disposition**

None

Assigned to: District Judge Gerald Bruce Lee

**Defendant (7)**

**Victor Garcia**                             represented by    **Preston Burton**
*TERMINATED: 03/28/2002*                                       Orrick Herrington & Sutcliffe LLP
*also known as*                                                Columbia Center
Victorino                                                      1152 15th St NW
*TERMINATED: 03/28/2002*                                       Washington, DC 20005-1706
*also known as*                                                (202) 339-8456
Vito                                                           Fax: (202) 339-8500
*TERMINATED: 03/28/2002*                                       Email: pburton@orrick.com
*also known as*                                                *LEAD ATTORNEY*
El Menor                                                       *ATTORNEY TO BE NOTICED*
*TERMINATED: 03/28/2002*                                       *Designation: Retained*

**Pending Counts**                            **Disposition**

(21:846=CD.F)21 USC 846
CONSPIRACY To Possess and Distribute          87 months w/5 years SR. SA $100.
Cocaine (Ct.1:10/96-3/28/01) Forfeiture of    Remanded. (59 months pursuant to Rule
Drug Related Assets (21 USC 853)              35 motion - all other terms remain)
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                         **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

None

---

**Plaintiff**

USA                                 represented by **Rebeca H. Bellows**
                                                     United States Attorney's Office
                                                     2100 Jamieson Ave
                                                     Alexandria, VA 22314
                                                     (703)299-3700
                                                     Email: becky.bellows@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2001 | 1 | SEALED INDICTMENT as to Carlos Paredes (1) count(s) 1, Pablo Enrique Arias-Jimenez (2) count(s) 1, Duverney Goldsworthy (3) count(s) 1, Jesus Sarasty Mina (4) count(s) 1, Arnaldo Quintero (5) count(s) 1, Hugo Figueroa (6) count(s) 1, Victor Garcia (7) count(s) 1 (clerk) (Entered: 10/03/2001) |
| 10/03/2001 | | Arraignment as to Carlos Paredes, Pablo Enrique Arias-Jimenez, Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero, Hugo Figueroa, Victor Garcia set for 9:00 on 10/15/01 (clerk) (Entered: 10/03/2001) |
| 10/03/2001 | | Arrest WARRANT issued as to Carlos Paredes, Pablo Enrique Arias-Jimenez, Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero, Hugo Figueroa, Victor Garcia (clerk) (Entered: 10/03/2001) |
| 10/03/2001 | 2 | MOTION by USA as to Carlos Paredes, Pablo Enrique Arias-Jimenez, Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero, Hugo Figueroa, Victor Garcia to Seal [1-1] indictment (clerk) (Entered: 10/03/2001) |
| 10/03/2001 | 3 | ORDER granting [2-1] motion to Seal [1-1] indictment as to Carlos Paredes (1), Pablo Enrique Arias-Jimenez (2), Duverney Goldsworthy (3), Jesus Sarasty Mina (4), Arnaldo Quintero (5), Hugo Figueroa (6), Victor Garcia (7) ( Signed by Judge James C. Cacheris ) Copies Mailed: y (clerk) (Entered: 10/03/2001) |
| 10/15/2001 | | Minute entry as to Carlos Paredes, Pablo Enrique Arias-Jimenez, Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero, Hugo Figueroa, Victor Garcia : before Judge Claude M. Hilton ( Reporter: Linnell) USA appeared through: Curtis Gomez. Matter on for arraignment. Dfts not present. AUSA indicated all dfs are fugitives. Bench Warrants cont'd. Off docket until dfts are apprehended. (psid) (Entered: 10/16/2001) |
| 10/30/2001 | 4 | MOTION by USA as to Carlos Paredes, Pablo Enrique Arias-Jimenez, Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero, Hugo Figueroa, Victor Garcia to Modify Sealing Order (clerk) (Entered: 10/30/2001) |

| | | |
|---|---|---|
| 10/30/2001 | 5 | ORDER granting [4-1] motion to Modify Sealing Order of 10/3/01 as to Carlos Paredes (1), Pablo Enrique Arias-Jimenez (2), Duverney Goldsworthy (3), Jesus Sarasty Mina (4), Arnaldo Quintero (5), Hugo Figueroa (6), Victor Garcia (7) ( Signed by Judge James C. Cacheris ) (clerk) (Entered: 10/30/2001) |
| 11/01/2001 | 6 | Rule 40 Documents as to Jesus Sarasty Mina, Arnaldo Quintero received from Eastern District N.Y. (clerk) (Entered: 11/02/2001) |
| 11/01/2001 | | ARREST of Jesus Sarasty Mina, Arnaldo Quintero on 10/29/01 in Brooklyn (clerk) (Entered: 11/02/2001) |
| 11/05/2001 | 7 | Rule 40 Documents as to Duverney Goldsworthy received from Southern District of FL. (clerk) (Entered: 11/06/2001) |
| 11/05/2001 | | ARREST of Duverney Goldsworthy on 10/29/01 in Southern District of Florida (clerk) (Entered: 11/06/2001) |
| 11/05/2001 | 8 | SEALED DOCUMENT by USA advising court of existing attorney conflicts as to Carlos Paredes, Pablo Enrique Arias-Jimenez, Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero, Hugo Figueroa, Victor Garcia (clerk) (Entered: 11/06/2001) |
| 11/06/2001 | 9 | ARREST WARRANT Returned Executed as to Arnaldo Quintero on 11/6/01 (dana) (Entered: 11/06/2001) |
| 11/06/2001 | 10 | ARREST WARRANT Returned Executed as to Duverney Goldsworthy on 11/6/01 (dana) (Entered: 11/06/2001) |
| 11/06/2001 | 11 | ARREST WARRANT Returned Executed as to Jesus Sarasty Mina on 11/6/01 (dana) (Entered: 11/06/2001) |
| 11/06/2001 | | Initial appearance as to Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero held ; Detention Hearing set for 2:00 11/9/01 for Duverney Goldsworthy, for Jesus Sarasty Mina, for Arnaldo Quintero before Magistrate Judge Thomas R. Jones Jr. ( tape 431) USA appeared through: Bellows Dft(s) appeared through: w.o counsel. (Defendant informed of rights.) Matter called, court to appoint counsel, interpreter requested per chambers, deft's remanded. (dana) (Entered: 11/06/2001) |
| 11/06/2001 | 12 | ORDER OF TEMP. DETENTION as to Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero Detention Hearing set for 2:00 11/9/01 for Duverney Goldsworthy, for Jesus Sarasty Mina, for Arnaldo Quintero ( Signed by Magistrate Judge Thomas R. Jones Jr. ) (dana) (Entered: 11/06/2001) |
| 11/07/2001 | | Arraignment set for 9:00 11/13/01 for Duverney Goldsworthy, for Jesus Sarasty Mina, for Arnaldo Quintero (jcup) (Entered: 11/07/2001) |
| 11/08/2001 | 13 | Arrest WARRANT Returned Executed as to Jesus Sarasty Mina on 11/6/01 (clerk) (Entered: 11/08/2001) |
| 11/08/2001 | 14 | Arrest WARRANT Returned Executed as to Arnaldo Quintero on 11/6/01 (clerk) (Entered: 11/08/2001) |
| 11/08/2001 | 15 | Arrest WARRANT Returned Executed as to Duverney Goldsworthy on 11/6/01 (clerk) (Entered: 11/08/2001) |

| 11/09/2001 | 16 | CJA 20 as to Duverney Goldsworthy Appointment of Attorney Matthew Alan Wartel () (clerk) (Entered: 11/09/2001) |
| 11/09/2001 | 17 | CJA 20 as to Jesus Sarasty Mina Appointment of Attorney Glen Allen Trimper () (clerk) (Entered: 11/09/2001) |
| 11/09/2001 | 18 | CJA 20 as to Arnaldo Quintero Appointment of Attorney Joseph N. Bowman () (clerk) (Entered: 11/09/2001) |
| 11/09/2001 | | Detention hearing as to Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero held before Magistrate Judge Thomas R. Jones Jr. ( tape 434) USA appeared through: Bellows Dft(s) appeared through: Bowman, Wartell, Trimper. Matter called, govt's motion for detention- granted as to each defendant. Deft's remanded pending further action of the Grand Jury. (dana) (Entered: 11/09/2001) |
| 11/13/2001 | 19 | ORDER OF DETENTION as to Arnaldo Quintero ( Signed by Magistrate Judge Thomas R. Jones Jr. ) (dana) (Entered: 11/13/2001) |
| 11/13/2001 | 20 | ORDER OF DETENTION as to Duverney Goldsworthy ( Signed by Magistrate Judge Thomas R. Jones Jr. ) (dana) (Entered: 11/13/2001) |
| 11/13/2001 | 21 | ORDER OF DETENTION as to Jesus Sarasty Mina ( Signed by Magistrate Judge Thomas R. Jones Jr. ) (dana) (Entered: 11/13/2001) |
| 11/13/2001 | | Arraignment as to Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero held before Judge Claude M. Hilton. Dft WFA, PNG and demanded a jury trial. 20 days to file motions. Motion Hearing set for 9:00 1/4/02 for Duverney Goldsworthy, for Jesus Sarasty Mina, for Arnaldo Quintero Jury Trial set for 10:00 1/14/02 for Duverney Goldsworthy, for Jesus Sarasty Mina, for Arnaldo Quintero ; ( Reporter: Linnell) USA appeared through: Rebeca Bellows Dft(s) Goldsworthy appeared w/counsel Matthew Wartel; Dft Mina appeared w/counsel Glen Trimper; Dft Quintero appeared w/counsel Joe Bowman. Dfts appeared w/Spanish interpreter Horvath. All exhibits to be filed 5 days prior to trial. Dfts remanded. (psid) (Entered: 11/16/2001) |
| 11/13/2001 | | Plea Judge assignment to Judge Gerald B. Lee (psid) (Entered: 11/16/2001) |
| 11/14/2001 | 23 | Rule 40 Documents as to Victor Garcia received from New Jersey (clerk) (Entered: 11/26/2001) |
| 11/14/2001 | | ARREST of Victor Garcia on 11/9/01 in New Jersey (clerk) (Entered: 11/26/2001) |
| 11/20/2001 | | Spanish Interpreter Requested for Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero (kbar) (Entered: 11/20/2001) |
| 11/20/2001 | | ARREST of Victor Garcia (dana) (Entered: 11/20/2001) |
| 11/20/2001 | | Initial appearance as to Victor Garcia held ; Detention Hearing set for 2:00 11/26/01 for Victor Garcia before Magistrate Judge Thomas R. Jones Jr. ( tape 437) USA appeared through: Bellows Dft(s) appeared through: w.o atty. (Defendant informed of rights.) Matter called, deft to retain counsel and counsel out of DE. US to contact counsel. Govt's motion for detention- granted. Deft remanded (dana) (Entered: 11/20/2001) |
| 11/20/2001 | 22 | ORDER OF TemP DETENTION as to Victor Garcia Detention Hearing set for 2:00 11/26/01 for Victor Garcia ( Signed by Magistrate Judge Thomas R. Jones Jr. |

| | | |
|---|---|---|
| 11/26/2001 | | Detention hearing as to Victor Garcia held before Magistrate Judge Thomas R. Jones Jr. ( tape 437) USA appeared through: Gomez Dft(s) appeared through: Amosch and Liguori. Matter called, local counsel (Salvato) to sign papers. Deft waived DH and remanded to appear before the Grand Jury as directed. (dana) (Entered: 11/26/2001) |
| 11/27/2001 | | Arraignment set for 9:00 12/3/01 for Victor Garcia (jcup) (Entered: 11/27/2001) |
| 11/30/2001 | 24 | ORDER OF DETENTION as to Victor Garcia ( Signed by Magistrate Judge Thomas R. Jones Jr. ) (dana) (Entered: 11/30/2001) |
| 12/03/2001 | | Arraignment as to Victor Garcia held before Judge Hilton. Dft WFA and PNG and demanded trial by jury. Motion Hearing set for 9:00 1/4/02. Jury Trial set for 10:00 1/14/02. (Reporter: Linnell) USA appeared through: Rebeca Bellows, Curis Gomez. Dft appeared w/local counsel Frank Salvato. 20 days to file motions. All exhibits due 5 days prior to trial. Dft remanded. (agil) (Entered: 12/03/2001) |
| 12/03/2001 | | Plea Judge assignment to Judge Gerald B. Lee as to Victor Garcia (agil) (Entered: 12/03/2001) |
| 12/03/2001 | 25 | ORDER as to Victor Garcia, for James Edward Liguori to appear pro hac vice Filing Fee Paid $ 25.00 Receipt # 150462 ( Signed by Judge Claude M. Hilton ) Copies Mailed: yes (ctat) (Entered: 12/04/2001) |
| 01/02/2002 | 26 | INFORMATION to Establish Prior Conviction(s) as to Duverney Goldsworthy (clerk) (Entered: 01/02/2002) |
| 01/03/2002 | | Change of Plea Hearing as to Duverney Goldsworthy held before Judge Gerald B. Lee ( Wilson.) USA appeared through: Rebeca Bellows. Dft(s) appeared through: Matthew Wartel and Maria Horvath , Spanish/English interpreter.. Deft w/d NGP and plea of guilty ent and accepted to Count 1 of the pending Indicement. Case referred to PO for psi and report and cont to 3/22/02 @ 9 AM for g/l sentencing. Deft remanded. (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | 27 | Plea Agreement as to Duverney Goldsworthy (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | | PLEA entered by Duverney Goldsworthy . Court accepts plea. by Duverney Goldsworthy Guilty: count(s) 1 (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | | Sentencing set for 9:00 3/22/02 for Duverney Goldsworthy (3) count(s) 1 (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | 28 | STATEMENT OF FACTS as to Duverney Goldsworthy (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | | Change of Plea Hearing as to Jesus Sarasty Mina held before Judge Gerald B. Lee ( Wilsosn.) USA appeared through: Rebeca Bellows. Dft(s) appeared through: Glen Trimper and Maria Horvath, Spanish/English Interpreter. Deft w/d NGP and plea of guilty ent and accepted to Count 1 of the pending Indictment. Case is referred to PO for psi and report and cont to 3/22/02 for g/l sentencing. Deft remanded. (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | 29 | Plea Agreement as to Jesus Sarasty Mina (jsol) (Entered: 01/07/2002) |

| 01/03/2002 | | PLEA entered by Jesus Sarasty Mina . Court accepts plea. by Jesus Sarasty Mina Guilty: count(s) 1 (jsol) (Entered: 01/07/2002) |
|---|---|---|
| 01/03/2002 | 30 | STATEMENT OF FACTS as to Jesus Sarasty Mina (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | | Change of Plea Hearing as to Arnaldo Quintero held before Judge Gerald B. Lee ( Wilson.) USA appeared through: Rebeca Bellows. Dft(s) appeared through: Joseph Bowman and Maria. Horvath Spanish/English interpreter. Deft w/dd NGP and plea of guilty ent and accepted to Count 1 of the pending Indictment. Case is referred to PO for psi and report and cont to 3/29/02 @ 9 AM for g/l sentencing. Deft remanded. (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | 31 | Plea Agreement as to Arnaldo Quintero (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | | PLEA entered by Arnaldo Quintero . Court accepts plea. by Arnaldo Quintero Guilty: count(s) 1 (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | 32 | STATEMENT OF FACTS as to Arnaldo Quintero (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | | Sentencing set for 9:00 3/29/02 for Arnaldo Quintero (5) count(s) 1 (jsol) (Entered: 01/07/2002) |
| 01/03/2002 | 37 | CONSENT by Duverney Goldsworthy, USA pursuant to Rule 49 of the FRCrP. signed by Rebeca Bellows for US and Matthew Wartel for deft. (jsol) (Entered: 01/16/2002) |
| 01/07/2002 | 33 | JOINT MOTION as to Victor Garcia to Extend Time To File Trial Exhibits (clerk) (Entered: 01/08/2002) |
| 01/07/2002 | 34 | ORDER as to Victor Garcia granting [33-1] motion to Extend Time To File Trial Exhibits from 1/7/02 until 1/9/02 as to Victor Garcia (7) ( Signed by Judge Claude M. Hilton ) Copies Mailed: y (clerk) (Entered: 01/08/2002) |
| 01/08/2002 | | Change of Plea Hearing as to Victor Garcia held before Judge Gerald B. Lee ( Wilson.) USA appeared through: Rebeca Bellows/Curtis Gomez. Dft(s) appeared through: Frank Salvato/James Liguori and Maria Horvath, Spanish/English interpreter. Deft w/d NGP and plea of guilty ent and accepted to Count 1 of the pending Indictmenet. Case referred to PO for psi and report and cont to 3/29/02 @ ( AM for g/l sentencing. Deft remanded. (jsol) (Entered: 01/08/2002) |
| 01/08/2002 | 35 | Plea Agreement as to Victor Garcia (jsol) (Entered: 01/08/2002) |
| 01/08/2002 | | PLEA entered by Victor Garcia . Court accepts plea. by Victor Garcia Guilty: count(s) 1 (jsol) (Entered: 01/08/2002) |
| 01/08/2002 | 36 | STATEMENT OF FACTS as to Victor Garcia (jsol) (Entered: 01/08/2002) |
| 01/08/2002 | | Sentencing set for 9:00 3/29/02 for Victor Garcia (7) count(s) 1 (jsol) (Entered: 01/08/2002) |
| 01/09/2002 | | Sentencing set for 9:00 3/22/02 for Victor Garcia (7) count(s) 1 (changed per chambers from 3/29/02 and at request of counsel) (jsol) (Entered: 01/09/2002) |
| 01/24/2002 | 38 | MOTION by Victor Garcia by Victor Garcia to Substitute Attorney Frank Salvato for Preston Burton,Esq. (clerk) (Entered: 01/24/2002) |

| 01/24/2002 | 39 | NOTICE of Appearance for Victor Garcia by Attorney Preston Burton (clerk) (Entered: 01/24/2002) |
| 01/25/2002 | 40 | ORDER as to Victor Garcia granting [38-1] motion by Victor Garcia to Substitute Attorney Frank Salvato for Preston Burton,Esq. terminated Added as to Victor Garcia (7) ( Signed by Judge Gerald B. Lee ) Copies Mailed: y (clerk) (Entered: 01/29/2002) |
| 03/05/2002 | 41 | POSITION with Respect to Sentencing Factors by Jesus Sarasty Mina as to Jesus Sarasty Mina (clerk) (Entered: 03/06/2002) |
| 03/07/2002 | 42 | POSITION with Respect to Sentencing Factors by USA as to Arnaldo Quintero (clerk) (Entered: 03/07/2002) |
| 03/07/2002 | 43 | POSITION with Respect to Sentencing Factors by USA as to Victor Garcia (clerk) (Entered: 03/07/2002) |
| 03/07/2002 | 44 | POSITION with Respect to Sentencing Factors by USA as to Jesus Sarasty Mina (clerk) (Entered: 03/07/2002) |
| 03/07/2002 | 45 | POSITION with Respect to Sentencing Factors by USA as to Duverney Goldsworthy (clerk) (Entered: 03/07/2002) |
| 03/11/2002 | 46 | UNOPPOSED MOTION by Victor Garcia SEALED MOTION (clerk) (Entered: 03/11/2002) |
| 03/12/2002 | 47 | SEALED ORDER as to Victor Garcia granting [46-1] motion SEALED MOTION (7) ( Signed by Judge Gerald B. Lee ) Copies Mailed: y (clerk) (Entered: 03/13/2002) |
| 03/13/2002 | | Deadline updated as to Victor Garcia reset Sentencing for 9:00 4/12/02 for Victor Garcia (clerk) (Entered: 03/13/2002) |
| 03/18/2002 | 48 | SENTENCING MEMORANDUM by Duverney Goldsworthy as to Duverney Goldsworthy (clerk) (Entered: 03/19/2002) |
| 03/21/2002 | 49 | RESPONSE by USA to Defendant's [48-1] Position with Respect to Sentencing Factors (ctat) (Entered: 03/21/2002) |
| 03/22/2002 | | Sentencing held before Judge Gerald B. Lee ( Wilson.) USA appeared through: Sonya Sacks. Dft(s) appeared through: Matthew Wartel and Spanish/English Interpreter, Maria Horvath. . Duverney Goldsworthy (3) count(s) 1 Deft objects to 3 level enhancement re: manager status - argued and overruled. Deft is committed to the custody of the BOP to serve a term of 240 months w/DATT while incarcerated (not 500 hour IDTP); 10 years SR w/sc: 1)cooperate w/INS 2)no re-emtry after deportation. No file/costs. SA of $100. Deft remanded. (jsol) (Entered: 03/25/2002) |
| 03/22/2002 | | Sentencing held before Judge Gerald B. Lee ( Wilson.) USA appeared through: Sonya Sacks. Dft(s) appeared through: Glen Trimper & Maria Horvath Spanish/English Interpreter. Jesus Sarasty Mina (4) count(s) 1 No objection to PSIR. Deft is committed to BOP to serve a term of 140 months w/DATT while incarcerated (not 500 hour IDTP); w/5 years SR w/sc: 1)cooperate w/INS 2)no re-entry after deportation. No fine/costs. SA of $100. Deft remanded. (jsol) (Entered: 03/25/2002) |

| 03/25/2002 | 50 | JUDGMENT Duverney Goldsworthy (3) count(s) 1. 240 m onths w/10 years SR. SA $100. Remanded. ( Signed by Judge Gerald B. Lee ) Copies Mailed: y (jsol) (Entered: 03/28/2002) |
| 03/28/2002 | 51 | JUDGMENT Jesus Sarasty Mina (4) count(s) 1. 140 months w/5 years SR. SA $100 Remanded. ( Signed by Judge Gerald B. Lee ) Copies Mailed: y (jsol) (Entered: 04/04/2002) |
| 03/29/2002 | | Sentencing held before Judge Gerald B. Lee ( Inabnet) USA appeared through: Sonya Sacks. Dft(s) appeared through: Joe Bowman and Spanish/English interpreter, Maria Horvath.. Arnaldo Quintero (5) count(s) 1 No objection to PSIR. Deft moved to amend and insert the Statement of Facts for paragraphs 57 - 67 of PSIR - granted. Deft moved for low end of g/l per cooperation and application of safety valve - argued and denied. Deft is committed to the custody of the BOP to serve a termof 78 months w/500 hour IDTP; 5 years SR w/sc - 1)cooperate w/INS re: deportation 2) no reentry to the US No fine/costs. SA $100. Deft remanded. (jsol) Modified on 04/04/2002 (Entered: 04/04/2002) |
| 04/04/2002 | 52 | JUDGMENT Arnaldo Quintero (5) count(s) 1. 78 months w/5 years SR, SA $100. Remanded. ( Signed by Judge Gerald B. Lee ) Copies Mailed: y (jsol) (Entered: 04/05/2002) |
| 04/09/2002 | 53 | SENTENCING MEMORANDUM by Victor Garcia (clerk) (Entered: 04/09/2002) |
| 04/12/2002 | | Sentencing held before Judge Gerald B. Lee ( Wilson.) USA appeared through: Curtis Gomex. Dft(s) appeared through: Preston Burton and Maria Horvath, Spanisn/English interpreter. Victor Garcia (7) count(s) Parties have no objections to PSIR and the Court so adopts. Deft moved for designation to facility close to his home such as Allenwood, Pa - denied. Deft is committed to the custody of the BOP to serve a term of 87 months w/5 years SR w/sc: 1)DATT. SA of $100. No fine/costs. Deft remanded. (jsol) (Entered: 04/15/2002) |
| 04/15/2002 | 54 | JUDGMENT Victor Garcia (7) count(s) 1. 87 months w/5 years SR. SA $100. Remanded. ( Signed by Judge Gerald B. Lee ) Copies Mailed: y (jsol) (Entered: 04/16/2002) |
| 05/08/2002 | 55 | Certified Copy of AFFIDAVIT by USA as to Carlos Paredes (Original copy with USAO) (clerk) (Entered: 05/08/2002) |
| 06/07/2002 | 56 | Judgment Returned Executed as to Duverney Goldsworthy ; on 5/16/02 (jsol) (Entered: 06/10/2002) |
| 06/07/2002 | 57 | Judgment Returned Executed as to Jesus Sarasty Mina ; on 5/16/02 (jsol) (Entered: 06/10/2002) |
| 06/13/2002 | 58 | Judgment Returned Executed as to Victor Garcia ; on 6/4/02 (jsol) (Entered: 06/13/2002) |
| 02/04/2003 | 59 | AFFIDAVIT by USA in support of request for extradition (kjon) (Entered: 02/05/2003) |
| 03/18/2003 | 60 | MOTION by USA as to Arnaldo Quintero by USA for Appointment of Defense Counsel (kjon) Modified on 03/18/2003 (Entered: 03/18/2003) |
| 03/20/2003 | 61 | ORDER granting [60-1] motion by USA for Appointment of Defense Counsel as to Arnaldo Quintero (5) ( Signed by Judge Gerald B. Lee ) Copies Mailed: Yes |

| | | |
|---|---|---|
| | | (kjon) (Entered: 03/21/2003) |
| 03/21/2003 | 63 | Rule 35 MOTION by USA as to Duverney Goldsworthy by USA for reduction in sentence (kjon) (Entered: 03/24/2003) |
| 03/21/2003 | 64 | CJA 20 as to Arnaldo Quintero Appointment of Attorney Charles Warren Kramer ( Signed by Judge Gerald B. Lee ) (kjon) (Entered: 03/24/2003) |
| 04/11/2003 | 65 | Rule 35 MOTION as to Victor Garcia by USA for Reduction in Sentence (ctat) (Entered: 04/11/2003) |
| 05/02/2003 | | Hearing Deadline as to Duverney Goldsworthy held ( FTR) USA appeared through: Bellows Dft(s) appeared through: w/o atty, w/interp. before Magistrate Judge Thomas R. Jones Jr. Matter called, came on for extradition hearing, interp. sworn, parties sworn, and affidavits sworn to and signed. Goldsworthly remanded (dana) (Entered: 05/07/2003) |
| 05/02/2003 | 66 | AFFIDAVIT by Duverney Goldsworthy (dana) (Entered: 05/07/2003) |
| 09/16/2003 | 67 | MOTION by USA as to Carlos Paredes, Pablo Enrique Arias-Jimenez, Duverney Goldsworthy, Jesus Sarasty Mina, Arnaldo Quintero, Hugo Figueroa, Victor Garcia by plaintiff to Unseal Indictment and other documents filed in this case. (pmet) (Entered: 09/16/2003) |
| 09/30/2003 | 68 | ORDER granting [67-1] motion by U.S. to Unseal Indictment and other documents filed in this case, as to Carlos Paredes (1), Pablo Enrique Arias-Jimenez (2), Duverney Goldsworthy (3), Jesus Sarasty Mina (4), Arnaldo Quintero (5), Hugo Figueroa (6), Victor Garcia (7) ( Signed by Judge Gerald B. Lee ) Copies Mailed: y (pmet) (Entered: 10/02/2003) |
| 10/10/2003 | 69 | MEMORANDUM by USA as to Victor Garcia in support of [65-1] motion by USA for Reduction in Sentence (pmet) (Entered: 10/10/2003) |
| 10/10/2003 | 70 | NOTICE of Hearing as to Victor Garcia :, Motion Hearing Deadline before Judge Gerald B. Lee set for 9:00 10/17/03 for Victor Garcia for [65-1] motion by USA for Reduction in Sentence (pmet) (Entered: 10/10/2003) |
| 10/14/2003 | 71 | NOTICE of Hearing as to Victor Garcia :, Motion Hearing Deadline before Judge Gerald B. Lee set for 9:00 10/24/03 for Victor Garcia for [65-1] motion by USA for Reduction in Sentence (pmet) (Entered: 10/14/2003) |
| 10/24/2003 | | Motion hearing held as to Victor Garcia re: [65-1] motion by USA for Reduction in Sentence before Judge Gerald B. Lee ( Wilson.) USA appeared through: Rebeca Bellows. Dft(s) appeared through: Preston Burton. Motion argued and granted - term of 87 months reduced to 59 months. Order to follow. (jsol) (Entered: 10/24/2003) |
| 10/27/2003 | 72 | ORDER as to Victor Garcia granting [65-1] motion by USA for Reduction in Sentence ( Signed by Judge Gerald B. Lee ) Copies Mailed: y (jsol) (Entered: 10/29/2003) |
| 10/27/2003 | | JUDGMENT Victor Garcia (7) count(s) 1. 87 months w/5 years SR. SA $100. Remanded. (59 months pursuant to Rule 35 motion - all other terms remain) ( Signed by Judge Gerald B. Lee ) Copies Mailed: y (jsol) (Entered: 10/29/2003) |

| 02/09/2004 | 73 | ARREST WARRANT Returned Executed as to Pablo Enrique Arias-Jimenez on 2/6/04 ' (nbla) (Entered: 02/09/2004) |
| 02/09/2004 | | Initial appearance as to Pablo Enrique Arias-Jimenez before Magistrate Judge Liam O'Grady held ; Detention Hearing set for 2:00 2/11/04 for Pablo Enrique Arias-Jimenez ( ftr) USA appeared through: Rebecca Bellows. Dft(s) appeared through: w/Interpreter (Defendant informed of rights.) Court to appt counsel. US seeks detention pending DH-granted. Deft is remanded to USMS pending DH. (nbla) (Entered: 02/09/2004) |
| 02/09/2004 | 74 | ORDER OF TEMPORARY DETENTION as to Pablo Enrique Arias-Jimenez ( Signed by Magistrate Judge Liam O'Grady ) (nbla) (Entered: 02/09/2004) |
| 02/09/2004 | | CASE assigned to Judge T. S. Ellis III (ctat) (Entered: 02/09/2004) |
| 02/09/2004 | 75 | CJA 23 FINANCIAL AFFIDAVIT by Pablo Enrique Arias-Jimenez (nbla) (Entered: 02/09/2004) |
| 02/09/2004 | | ORAL ORDER as to Pablo Enrique Arias-Jimenez , to appoint federal public defender Ivan Darnell Davis () (pmet) (Entered: 02/10/2004) |
| 02/10/2004 | | Arraignment before Judge T. S. Ellis III set for 9:00 a.m. on 2/12/04 for Pablo Enrique Arias-Jimenez (ctat) (Entered: 02/10/2004) |
| 02/11/2004 | | Detention hearing as to Pablo Enrique Arias-Jimenez before Magistrate Judge Liam O'Grady held ( FTR) USA appeared through: Coughlin Dft(s) appeared through: Nachmanoff. US is seeking detention-Deft is not seeking release and has no arguement as to defefendant being detained. Deft is remanded to the custody of the USMS w/o bond. . Court (nbla) (Entered: 02/12/2004) |
| 02/12/2004 | | Spanish Interpreter Requested for Pablo Enrique Arias-Jimenez (ctat) (Entered: 02/12/2004) |
| 02/12/2004 | 76 | ORDER OF DETENTION as to Pablo Enrique Arias-Jimenez ( Signed by Magistrate Judge Liam O'Grady ) Copies Mailed: y (nbla) (Entered: 02/12/2004) |
| 02/12/2004 | | Arraignment as to Pablo Enrique Arias-Jimenez before Judge T. S. Ellis III held. Deft WFA, PNG and demanded Jury Trial. Motion Hearing set for 9:00 4/9/04 for Pablo Enrique Arias-Jimenez. Motion Filings due 5:00 3/3/04 for Pablo Enrique Arias-Jimenez. Jury Trial set for 10:00 4/20/04 for Pablo Enrique Arias-Jimenez. (Rptr: Rodriquez). USA appeared through: Rebeca Bellows; Dft(s) appeared w/ counsel, Ivan Davis & Spanish interp: Horvath. Court Hours: 9-9:22 (tbul) (Entered: 02/18/2004) |
| 02/12/2004 | 77 | ORDER as to Pablo Enrique Arias-Jimenez, for Discovery and Inspection (standard), filed in open Court Signed by Judge T. S. Ellis III ) Copies Mailed: Yes (tbul) (Entered: 02/18/2004) |
| 02/20/2004 | 78 | NOTICE of Appearance for Pablo Enrique Arias-Jimenez by Attorney Michael Stefan Nachmanoff (pmet) (Entered: 02/23/2004) |
| 03/24/2004 | | Change of Plea Hearing as to Pablo Enrique Arias-Jimenez set for 2:00 4/1/04 for Pablo Enrique Arias-Jimenez ( before Judge T. S. Ellis III ) (pmet) (Entered: 03/24/2004) |

| | | |
|---|---|---|
| 04/01/2004 | | Change of Plea Hearing as to Pablo Enrique Arias-Jimenez held before Judge Ellis. Deft w/drew NG plea to Count 1 of the pending Indictment and PG to Count 1. Court accepted the plea. Deft dir. to P.O. for PSIR. Matter cont'd. to 9:00 7/23/04 for GL sentencing. (Rptr: Rodriguez) USA appeared through: R. Bellows; Dft(s) appeared w/ counsel: Nachmanoff and Spanish interp: LeFevbre. Jury notified. Remanded. Court Hours: 2-2:45 (tbul) (Entered: 04/06/2004) |
| 04/01/2004 | 79 | Plea Agreement as to Pablo Enrique Arias-Jimenez filed in open Court (tbul) (Entered: 04/06/2004) |
| 04/01/2004 | | PLEA entered by Pablo Enrique Arias-Jimenez . Court accepts plea. by Pablo Enrique Arias-Jimenez Guilty: Pablo Enrique Arias-Jimenez (2) count(s) 1 (tbul) (Entered: 04/06/2004) |
| 04/01/2004 | 80 | STATEMENT OF FACTS as to Pablo Enrique Arias-Jimenez filed in open Court (tbul) (Entered: 04/06/2004) |
| 04/01/2004 | | Sentencing before Judge T. S. Ellis III set for 9:00 7/23/04 for Pablo Enrique Arias-Jimenez , Pablo Enrique Arias-Jimenez (2) count(s) 1 with a Spanish interpreter (tbul) (Entered: 04/06/2004) |
| 07/12/2004 | 81 | POSITION with Regard to Sentencing Factors by Pablo Enrique Arias-Jimenez (kjon) (Entered: 07/13/2004) |
| 07/19/2004 | 82 | POSITION with Respect to Sentencing Factors by USA as to Pablo Enrique Arias-Jimenez (pmet) (Entered: 07/19/2004) |
| 07/23/2004 | | Sentencing before Judge T. S. Ellis III held ( r: Rodriguez) USA appeared through: Rebeca Bellows. Dft appeared w/counselMichael Nachmanoff. Spanish Interp: Eva DeRosia. Pablo Enrique Arias-Jimenez (2) count(s) 1. Court adopts PSIR. Dft req. FL, low end - gr. Dft committed to the custody BOP for a term of 168 months with credit for time served w/5 yr supervised release term w/cond (SATT, deportation) and $100 s/a. Fine waived. Court rec. designation to a facility in FL. Dft remanded. (agil) Modified on 02/18/2005 (Entered: 07/23/2004) |
| 07/23/2004 | 83 | JUDGMENT Pablo Enrique Arias-Jimenez (2) count(s) 1. 168 mos w/ 5 yr sup. release term w/conds and $100 s/a ( Signed by T.S. Ellis ) Copies Mailed: 7.27.04 (agil) Modified on 02/18/2005 (Entered: 07/27/2004) |
| 10/04/2004 | 84 | Judgment Returned Executed as to Pablo Enrique Arias-Jimenez on 8/19/04 (tbul) (Entered: 10/05/2004) |
| 02/17/2005 | 85 | Letter MOTION by Pablo Enrique Arias-Jimenez for Sentencing HEaring Transcript (agil) (Entered: 02/18/2005) |
| 02/25/2005 | | M. Rodriguez is to prepare the sentencing transcripts for Pablo Arias Jimenez by Judge T. S. Ellis III on 2/25/05. (agil) (Entered: 07/25/2005) |
| 09/05/2006 | 88 | TRANSFER OF JURISDICTION signed by Judge Gerald Bruce Lee, Probation Jurisdiction Transferred to District of New Jersey as to Victor Garcia Transmitted certified copy of the Transfer of Jurisdiction form, with certified copies of Indictment, Plea Agreement, Statement of Facts, Judgment and Docket Sheet. (klau, ) (Entered: 09/08/2006) |
| 05/13/2008 | 89 | MOTION for Correction of Clerical Error Pursuant to Federal Rules of Criminal Procedure 36 by Pablo Enrique Arias-Jimenez. (jlan) (Entered: 05/13/2008) |

| | | |
|---|---|---|
| 05/23/2008 | 90 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of NY Counts closed as to Carlos Paredes (1) Count 1. Certified copies of the Consent to Transfer and Indictment mailed on 5/29/08. (krob) (Entered: 05/29/2008) |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

United States Courthouse
500 Pearl Street
New York, NY 10007-1312